USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                                 Plaintiff,

           v.

MICHAEL J. KILKENNY, JANET KILKENNY, NEW
YORK STATE DEPARTMENT OF TAXATION AND
FINANCE, and JOHN DOES 1-10,

                                Defendants.
-------------------------------------------------------------------- x

15 Civ. 6463 (VB)

## CONSENT JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.     Plaintiff the United States of America (the "United States") shall have a final judgment pursuant to Fed. R. Civ. P. 54 against defendant Michael J. Kilkenny ("Michael J. Kilkenny") for accrued unpaid federal income taxes, penalties and interest for the tax years 2001, 2002, 2003, 2004 and 2005 in the amount of $1,056,807.55, as of August 1, 2015, with interest continuing to accrue on this amount at the rate specified by 26 U.S.C. § 6621, as well as any penalties and statutory additions until the date of judgment, and interest from the date of judgment accruing pursuant to 28 U.S.C. § 1961, up to the date the payment is made, and the United States shall have execution therefor.

2.     The United States shall be permitted to file this Judgment in any and all counties in which defendant Michael Kilkenny resides or owns any real or personal property, and such filing shall be a lien on such property.

3.     After defendant Michael Kilkenny has made payment in full of the Judgment balance, the United States shall file with the Clerk of the Court and mail to defendant

Michael Kilkenny, at his current address of record or at any other address he provides in writing, a satisfaction of judgment.

AGREED AND CONSENTED TO:

Dated: New York, New York
March 24, 2016

PREET BHARARA
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*

By: _____
KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2710
Facsimile: (212) 637-2717
Email: kathleen.zebrowski@usdoj.gov

Dated: New York, New York
March 24, 2016

*Attorney for Kilkenny Defendants*

By: _____
NEAL B. KATZ, ESQ.
75 Maiden Lane, Suite 402
New York, New York 10038
Telephone: (212) 290-7800
Facsimile: (212) 290-2422
Email: nealbkatz@gmail.com

Dated: West Nyack, New York
March 23, 2016

_____
MICHAEL J. KILKENNY
Defendant

Dated: West Nyack, New York
March 23, 2016

_____
JANET KILKENNY
Defendant

2

SO ORDERED:

*[signature]*

HON. VINCENT BRICCETTI
UNITED STATES DISTRICT JUDGE

March 25, 2016

→ The initial conference scheduled for 3/28/2016 is cancelled.